UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF SOUTHPORT WAVE SA and GOLDEN UNION ENTERPRISES SA, AS OWNERS AND MANAGING OWNERS OF THE M/V FLAG GANGOS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER:<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, the undersigned authority, personally came and appeared:

TOM RONNING

who, after being duly sworn, did depose and say:

    He is a marine engineer with LOC Marine & Engineering Consultants who has attended M/V FLAG GANGOS following the August 12, 2014 collision with IMTT dock in Gretna, Louisiana, the M/T PAMISOS and barge WEB 235. In his expert opinion, the cost of repairing the steering gear aboard the M/V FLAG GANGOS is $150.000.00.

_____
TOM RONNING

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8th DAY
OF SEPTEMBER, 2014.

_____
NOTARY Michael M. Butterworth
Notary Public, Notary ID # 38295
Orleans Parish Louisiana
My Commission Expires With Life
Louisiana Bar # 21265

1

PD.12301739.1


EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>SOUTHPORT WAVE SA and GOLDEN UNION<br>ENTERPRISES SA, AS OWNERS AND MANAGING<br>OWNERS OF THE M/V FLAG GANGOS<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER:<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

BOBBY SURENDRA

who, after being duly sworn, did depose and say:

He is a marine surveyor who has attended M/V FLAG GANGOS following the August 12, 2014 collision with IMTT dock in Gretna, Louisiana, the M/T PAMISOS and barge WEB 235. In his expert opinion, the cost of repairing physical damage sustained by M/V FLAG GANGOS as result of the subject casualty is $954,800.00.

_____
BOBBY SURENDRA

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 11th DAY
OF SEPTEMBER, 2014.

_____
NOTARY PUBLIC


EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>SOUTHPORT WAVE SA AS OWNERS and GOLDEN UNION ENTERPRISES SA, AS MANAGERS OF THE M/V FLAG GANGOS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER:<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

### AFFIDAVIT

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, personally came and appeared:

THEODORE VENIAMIS _____

who, after being duly sworn, did depose and say:

> He is Director of Golden Union Enterprises SA, and in that capacity he is familiar with the freight pending for M/V FLAG GANGOS as of August 12, 2014. The freight pending for M/V FLAG GANGOS on August 12, 2014, for her voyage at the time of the collision with the IMTT dock in Gretna, Louisiana, the M/T PAMISOS and barge WEB 235 is $514,550

SWORN TO AND SUBSCRIBED
BEFORE ME THIS  4  DAY
OF  SEPTEMBER, 2014.

_RJ Bn_ (signature)

THEODORE VENIAMIS (signature)

RICHARD JOHNSON-BROWN, SOLICITOR OF ENGLAND AND WALES AT HOLMAN FENWICK WILLAN INTERNATIONAL LLP

1

**Holman Fenwick Willan International LLP**
**83, Akti Miaouli & Flessa Street**
**Piraeus 185 38**
**Greece**

EXHIBIT C



# ARROW
### VALUATIONS

Octavia House, 1 The Boulevard, Imperial Wharf, London SW6 2UB

Telephone: +44 20 3664 8000   sandp.ldn@arrowship.com

**PRIVATE & CONFIDENTIAL**

Golden Union Shipping Co. SA.,
8 Aegaleo Street,
Piraeus
185 45
Greece

Dear Sirs

### MV "FLAG GANGOS"
(Maltese flag)

Abt 56,526 dwt on abt 12.8m draft
Built 2013 by Cosco (Guangdong) Shipyard Co.Ltd, China
Class NKK
Dims: Abt 189.99m LOA x 32.26m beam
About 71,634 cbm grain capacity
5 Holds/ 5 Hatches
Main Engine: MAN B&W (6S50MC-C8)
                        Abt 11,557 bhp
Cranes 4 x 36T

As requested, we have made an assessment of the vessel's particulars and, following our appraisal, we are able to state that in our opinion the current approximate value of the vessel, as between a "willing Seller and a willing Buyer" is **US$27,000,000 (TWENTY-SEVEN MILLION UNITED STATES DOLLARS).**

This opinion is arrived at on the understanding that the vessel would be in a position to give early delivery, within an acceptable area, free of charter or any contract of employment, for cash payment on normal sale terms. We have presumed that the Sellers could give delivery of the vessel free from all registered encumbrances, maritime liens and all debts.

A Division of Arrow Research Ltd.
Registered Office: Octavia House, 1 The Boulevard, Imperial Wharf, London SW6 2UB  Registered in England 314 8180  VAT Registration No. 710 7440 68

EXHIBIT D

We have not made a physical inspection nor have we inspected the classification records of the vessel but, for the purpose of this valuation, it has been presumed that the vessel has been maintained to standards expected for a ship of her age and type.

Furthermore, it has been presumed that the vessel fully complies with latest IMO/MARPOL/SOLAS requirements, is in a sound trading condition, being fully classed to the requirements of her Classification Society, is free of recommendations and has clean and valid trading certificates, conforming in all respects with the requirements of the appropriate Registry.

It is to be appreciated that this valuation represents a statement of opinion only and is not representative of fact or the correctness of the particulars shown above. In this respect, it is to be noted that these particulars are compiled from information made available to us and other such data that we have been able to obtain from the relevant works of reference in our possession. Whilst all due care has been taken in the preparation of this statement, we are not able to accept any responsibility for the accuracy of the particulars or the assumptions, contained herein, upon which our opinion is based.

This valuation is given solely for the private use of the person to whom it is addressed and is not for publication or circulation without our prior written permission. We wish it to be understood that this valuation is given solely for your information but if you, or any other party, intend to act upon this statement then verification should be obtained, by inspection of the vessel or by any other appropriate means, that the particulars given herein are correct.

This valuation is made as of the date specified and no assurance can be given that such value can be sustained or is realisable in actual transaction.

This valuation is given in good faith but neither the Company nor its directors or employees shall be liable in any way whatsoever for any error or omission.

For and on behalf of
ARROW VALUATIONS


Robert Clancy


Dated London:      21st August 2014                    ARVAL- 0814439