UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>SOUTHPORT WAVE SA and GOLDEN UNION ENTERPRISES SA, AS OWNERS AND MANAGING OWNERS OF THE M/V FLAG GANGOS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER:<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE: |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR
EXONERATION FROM OR LIMITATION OF LIABILITY**

NOW INTO COURT, through undersigned counsel, come Southport Wave SA and Golden Union Enterprises SA, as owners and managing owners, respectively, of the M/V FLAG GANGOS, to submit the following Notice for publication:

**IN THE IN THE MATTER OF SOUTHPORT WAVE SA and GOLDEN UNION ENTERPRISES SA, AS OWNERS AND MANAGING OWNERS OF THE M/V FLAG GANGOS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION NO.**

**SECTION**

Notice is given that the above named Limitation Plaintiffs have filed a complaint, pursuant to Sections 30501, et seq. of Title 46 of the United States Code (46 U.S.C. App. § 30501, et seq.), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths arising out of or occurring as a result of the incident occasioned during the evening of August 12, 2014, when the M/V FLAG GANGOS collided with an IMTT dock in Gretna, Louisiana, the M/T PAMISOS, and the barge WEB 235 in the vicinity of Mile 97.5 Above Head of Passes (A.H.P.), Mississippi River, all as is more fully set forth in the Complaint.

1

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Camp Street, Room C-151, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Plaintiffs on or before the _____ day of _____, 2014, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Limitation Plaintiff an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this \_\_\_\_ day of September, 2014.

_____
WILLIAM W. BLEVINS, CLERK OF COURT

Respectfully submitted,

PHELPS DUNBAR LLP

\_\_*s/ Michael M. Butterworth*_____
Robert J. Barbier (#2741)
Michael M. Butterworth (#21265)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Petitioners,
Southport Wave SA,
Golden Union Enterprises SA, and
M/V FLAG GANGOS
robert.barbier@phelps.com
michael.butterworth@phelps.com