

**PHELPS DUNBAR**
LLP

Louisiana | Mississippi | Texas | Florida | Alabama | North Carolina | London

ROBERT J. BARBIER
Partner
(504) 584-9328
robert.barbier@phelps.com

01290-0112

September 11, 2014

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA  70130

RE:   -   In the matter of Southport Wave SA and Golden Union Enterprises SA, as
owners and managing owners of the M/V FLAG GANGOS Petitioning for
Exoneration from or Limitation of Liability;

-   *IMTT Gretna et al. v M/V FLAG GANGOS, .2:14cv01855-EFF-MBN,
U.S.D.C, Eastern District of Louisiana;*

-   *Tauber Oil Company v M/V FLAG GANGOS, et al., 2:14cv01935-
EFF-MBN, U.S.D.C, Eastern District of Louisiana.*

Dear Sir/Madam:

Certain parties have or may in the future claim to have sustained damages as result of
M/V FLAG GANGOS striking IMTT dock, Gretna, Louisiana, M/T PAMISOS and the barge
WEB 235 in the lower Mississippi River near Mile Marker 97.5 A.H.P. on the evening of August
12, 2014, and as a result  may cause to be filed actions under the laws of the United States, the
General Maritime Law, and/or laws of the State of Louisiana for damages resulting from the
aforementioned incident.

In order to file an action for Exoneration From or Limitation of Liability, as required by
46 U.S.C. §30501, *et seq.*, plaintiffs in limitation and undersigned club hereby agree to the
following:

1.      Plaintiffs in limitation, in compliance with Rule F and other Supplemental Rules
for Certain Admiralty and Maritime Claims, herewith file with this Court this
undertaking in the sum and amount of TWENTY-SIX MILLION, FOUR
HUNDRED NINE THOUSAND, SEVEN HUNDRED FIFTY AND NO/100

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax
phelpsdunbar.com

PD.12169884.1

DOLLARS ($26,409,750.00), with interest thereon at six percent (6%) per annum for the benefit of claimants, which said sum is no less than the value of plaintiffs' in limitation interest in the said vessel and freights, pending appraisal of said vessel, if appraisal be sought; and

2.  Plaintiffs in limitation hereby undertake jointly, severally, and *in solido*, the sum of TWENTY-SIX MILLION, FOUR HUNDRED NINE THOUSAND, SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($26,409,750.00), with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiffs in limitation and the undersigned club will abide by the further orders of the Court and pay into the Court whenever the Court shall order, a sum equal to the amount or value of plaintiffs' in limitation interest in said vessel and pending freights, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

3.  Upon demand and subject to the approval of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of TWENTY-SIX MILLION, FOUR HUNDRED NINE THOUSAND, SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($26,409,750.00), with interest thereon at six percent (6%) per annum.  In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

4.  This letter is to be binding and enforceable whether the M/V FLAG GANGOS is lost at sea or not lost, in port or not in port and is given without prejudice to any rights or defenses which the M/V FLAG GANGOS and their owner, owner pro hoc vice and operator and P&I underwriters or the London P&I Club may have under any applicable law, statute or Club Rules, none of which are to be regarded as waived.  The giving of this letter of undertaking is not to be deemed or taken or accepted as an admission of liability on behalf of the M/V FLAG GANGOS or her owners or those interested in her.

5.  It is understood and agreed that the execution of this letter by Phelps Dunbar, LLP, on behalf of the undersigned The London P & I Club, shall not be construed as binding upon them, but is binding only upon plaintiffs in limitation and the undersigned The London P & I Club.

Yours very truly,

PHELPS DUNBAR LLP

For and On Behalf of

THE LONDON P & I CLUB



BY:

ROBERT J. BARBIER
(As attorney-in-fact for the above listed purpose
only, pursuant to authorization received by email
from The London P & I Club on September 10,
2014.)